UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 04, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CARLOS AMADOR,

    Defendant.

Case No. 2:13CR357 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSE CARLOS AMADOR__, Case No. __2:13CR357 JAM__ Charge __21 USC 841(a)(1)__, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __Defendant sentenced to time served__

Issued at Sacramento, California on October 04, 2016 at 10:15 a.m.

By: _/s/ J.A. Mendez_
District Judge John A. Mendez